

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00139-CR
_____

JAMES DEWAYNE GRUMBLES, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 91st District Court
Eastland County, Texas
Trial Court No. 24,576, Honorable Steven R. Herod, Presiding

July 31, 2018

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before this court is a motion to dismiss this appeal signed by both appellant, James Dewayne Grumbles, and his attorney. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.